**No. 58819.**—National Carloading Corp. *v.* United States, protest 209408–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the facts are similar to those involved in Abstracts 57104 and 47521, the claim of the plaintiff was sustained.

**No. 58820.**—National Carloading Corp. *v.* United States, protest 210536–K (New York).

Opinion by JOHNSON, J. At the trial, the claim was abandoned as to the carton of coils for magnetic valve. In accordance with stipulation of counsel that the facts are similar to those involved in Abstracts 53865 and 47521, the claim of the plaintiff was sustained, except as to the one carton of coils for magnetic valve.

**No. 58821.**—B. G. Cury Company *v.* United States, protest 222921–K (New York).

Opinion by JOHNSON, J. When the case was first called for trial, it developed that duty had not been paid. After several continuances of the case, it was again called for trial. There was no appearance on behalf of the plaintiff, and the case was ordered submitted by the court. Following Abstract 54925, it was held that since the duty was not paid the court had no jurisdiction, and the protest was dismissed.

**No. 58822.**—James E. Ring *v.* United States, protest 229072–K (New York).

Opinion by JOHNSON, J. It appearing from the papers that the protest was filed more than 60 days after liquidation, it was dismissed as untimely. (Section 514, Tariff Act of 1930.)

**No. 58823.**—Bluefries New York, Inc. *v.* United States, protest 229506–K (New York).

Opinion by JOHNSON, J. An examination of the record failing to disclose evidence of compliance with the regulations covering free entry of American